# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00641-CR

**Jerome Herald Lee, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 62274, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jerome Herald Lee seeks to appeal a judgment of conviction for possession of a controlled substance with intent to deliver. The trial court has certified that: (1) this is a plea bargain case and Lee has no right of appeal, and (2) Lee waived the right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed: November 21, 2008

Do Not Publish